SO ORDERED.

Dated: November 30, 2020

Eddward P. Ballinger Jr., Bankruptcy Judge
_____

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| BARNHART, KAMI ANN | ) Case No. 2:19-bk-10152-EPB |
| | ) |
| | ) ORDER FOR PAYMENT OF |
| | ) UNCLAIMED FUNDS TO THE |
| Debtor(s). | ) U.S. BANKRUPTCY COURT |
| | ) |

Upon application of the Trustee and good cause appearing,

IT IS HEREBY ORDERED that the Trustee pay over the amount $1,246.96 to the Clerk of the Court to pursuant to Bankruptcy Rule 3010, and §347 of the Code.

DATED AND SIGNED ABOVE